JS-6
STAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRUNO KADI, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 5:24-cv-00095-JGB (MRWx)<br><br>**ORDER STAYING ACTION**<br><br>Complaint Filed: November 6, 2023 |

1. The Court has reviewed the Parties' Joint Stipulation to Stay Action and finds good cause to GRANT the Parties' request. Accordingly, IT IS HEREBY ORDERED:

    1. This action is STAYED in light of the pending settlement in *Medina et al. v. Target Corporation*, Central District of California Case No. 22-cv-00805-JGB (SHKx), and *Target Wage and Hour Cases*, San Bernardino County Superior Court Case No. JCCP 5259; and

    2. The Parties shall jointly file a status report beginning on April 29, 2024 and every 60 days thereafter.

IT IS SO ORDERED.

DATED: March 5, 2024

Hon. Jesus G. Bernal
United States District Judge