Michael Nourmand (SBN 198439)
mnourmand@nourmandlawfirm.com
James A. De Sario, Esq. (SBN 262552)
jdesario@nourmandlawfirm.com
**THE NOURMAND LAW FIRM, APC**
8822 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 553-3600
Facsimile: (310) 553-3603

Attorneys for Plaintiff,
BRUNO KADI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BRUNO KADI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 5:24-cv-00095-JGB (MRWx)<br><br>**RULE 41 STIPULATION FOR DISMISSAL OF ACTION** |

Pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, Plaintiff BRUNO KADI ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant"), by and through their respective counsel, hereby stipulate to the dismissal of Plaintiff's class and representative claims without prejudice, and dismissal of Plaintiff's individual claims with prejudice, based on the following:

WHEREAS, Plaintiff filed his Class Action Complaint on November 6, 2023, in the San Bernardino County Superior Court (the "Action");

WHEREAS, Defendant removed the Action to the Central District of California on January 16, 2024;

WHEREAS, Plaintiff and Defendant have agreed to settle Plaintiff's individual claims with prejudice, and to dismiss Plaintiff's class and representative claims brought on behalf of others without prejudice;

WHEREAS, the Court has not ruled on a motion for class certification and no formal or informal notice was made to the putative class members about the existence of this Action;

WHEREAS, dismissal of the class and representative claims alleged in the Action without prejudice will not result in prejudice to any of the putative class members; and

WHEREAS, the parties agree that each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated: October 22, 2024

Respectfully submitted,

**THE NOURMAND LAW FIRM, APC**

By: */s/ James A. De Sario*
Michael Nourmand, Esq.
James A. De Sario, Esq.
Attorneys for Plaintiff

Dated: October 22, 2024

**DLA PIPER LLP (US)**

By: */s/ Matthew Riley*
Julie A. Dunne, Esq.
Matthew Riley, Esq.
Attorneys for Defendant

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I hereby attest that all signatories indicated by a conformed signature (/s/) concur in the filing's content and have authorized the filing.

*/s/ James A. De Sario*
James A. De Sario

<u>Bruno Kadi, et al. v. Target Corporation, et al.</u>
United States District Court - Central District of California
Case No. 5:24-cv-00095

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On October 29, 2024, I served the following document(s) described as:

**RULE 41 STIPULATION FOR DISMISSAL OF ACTION**

Julie A. Dunne
Matthew Riley
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on October 29, 2024, at Beverly Hills, California.

/s/ *Alejandra Beltran*
Alejandra Beltran

4
RULE 41 STIPULATION FOR DISMISSAL OF ACTION