UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BRUNO KADI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 5:24-cv-00095-JGB (MRWx)<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF ACTION** |

---

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**

# ORDER

The Court has reviewed the Rule 41 Stipulation For Dismissal of Action, pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff BRUNO KADI ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") (collectively, the "Parties").

The Parties' Stipulation requesting dismissal of Plaintiff's class and representative claims without prejudice, and dismissal of Plaintiff's individual claims with prejudice, is hereby GRANTED. Each party will bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 4, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE